# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Richard B. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>901 19th St<br>Denver CO 80294 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | STATE OF COLORADO | $66,063.52 |
| 2. 2012 | PERA STATE OF COLORADO | $21,970.60 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -VANGUARD FTSE ALL WORLD EX US INDEX | A | Dividend | K | T | | | | | |
| 4. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 5. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | Sold (part) | 03/01/12 | J | B | |
| 6. -VANGUARD EMERGING MKTS ETF | A | Dividend | J | T | | | | | |
| 7. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 8. -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | L | T | Buy (add'l) | 02/28/12 | J | | |
| 9. -BNY MELLON NATIONAL SHORT TERM MUNICIPAL BOND FUND | A | Dividend | K | T | Buy | 07/05/12 | J | | |
| 10. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 11. -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | J | T | | | | | |
| 12. -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 07/08/12 | J | | |
| 13. -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | Buy | 06/10/12 | J | | |
| 14. -ADVANTAGE GLOBAL ALPHA FUND | A | Dividend | J | T | Buy | 07/08/12 | J | | |
| 15. -US TREASURY NOTE DTD 10/2012 | | Interest | | | Sold | 10/15/12 | K | | |
| 16. -US TREASURY NOTE 07/13 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 18. -FED HOME LN MTG CORP | B | Dividend | L | T | Buy (add'l) | 10/24/12 | L | | |
| 19. -FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 20. -US TREASURY NT 11/12 | B | Interest | | | Sold | 11/30/12 | K | | |
| 21. -US TREAS INFLATION IND BOND | A | Interest | L | T | | | | | |
| 22. -US TREASURY NOTE 6/2016 | B | Interest | L | T | | | | | |
| 23. -US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |
| 24. -US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 25. -GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |
| 26. -WELLS FARGO CO 5.25% 10/12 | B | Interest | K | T | | | | | |
| 27. -PFIZER INC | B | Interest | K | T | | | | | |
| 28. -GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 29. -AT & T INC | B | Interest | K | T | | | | | |
| 30. -AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 31. -SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 32. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 33. -SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | | | 06/22/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | Sold (part) | 10/26/12 | K | | |
| 35. -RYDEX MANAGED FUTURES STRATEGY FD | | None | K | T | | | | | |
| 36. -ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | M | | | 07/16/12 | M | F | |
| 37. -ISHARES TR S & P SMALL CAP 600 | A | Dividend | | | Sold | 03/09/12 | L | | |
| 38. -VANGUARD EMERGING MARKETS ETF | A | Dividend | L | T | Buy (add'l) | 02/13/12 | J | | |
| 39. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 40. -FED NAT MTG ASSN | B | Dividend | K | T | | | | | |
| 41. -HIGHBRIDGE DYNAMIC COMM STRAT FUND 3 | A | Dividend | K | T | Buy | 07/09/12 | K | | |
| 42. -US TREAS NOTE 2.125% 5/31/15 | B | Interest | L | T | Buy (add'l) | 01/12/12 | L | | |
| 43. -BEAR STEARRNS CO 4.65% 7/2/18 | B | Dividend | K | T | Buy | 11/2/12 | K | | |
| 44. -DREYFUS HIGH YIELD 1 | B | Dividend | K | T | Buy (add'l) | 01/20/12 | K | | |
| 45. -DREYFUS EMERGING MKTS DEBT LOCAL | A | Dividend | K | T | Buy | 07/09/12 | K | | |
| 46. -TCW EMERGING MARKETS INCME FUND | B | Dividend | K | T | Buy | 01/20/12 | K | | |
| 47. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | Buy | 03/07/12 | L | | |
| 48. -BNY MELLON INCOME STOCK FUND | C | Dividend | M | T | Buy | 06/20/12 | M | | |
| 49. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | K | T | Buy | 07/18/12 | K | | |
| 50. -BANK NY EMERGING MKTS | A | Dividend | K | T | Buy | 07/09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -VANGUARD EMERGING MKTS ETF | B | Dividend | K | T | Buy | 07/16/12 | K | | |
| 52. -ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | Buy | 07/09/12 | K | | |
| 53. -JOHN DEERE CAPITAL CORP 2% 1/13/17X | B | Dividend | K | T | Buy | 08/02/12 | K | | |
| 54. -AMAZON | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 55. -AON PLC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 56. -COVIDIEN | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 57. -EATON CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 58. -INGERSOLL RAND PLC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 59. -INVESCO LTD | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 60. -NXP SEMICONDUCTORS NV | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 61. -AT AND T INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 62. -AIR PRDS AND CHEMICALS | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 63. -APPLE INC | A | Dividend | K | T | Buy | 07/05/12 | K | | |
| 64. -ACCENTURE | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 65. -ASTRAZENECA PLC | A | Interest | K | T | Buy | 11/16/12 | K | | |
| 66. -B BAND T CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 67. -BROADCOM CORP | A | Dividend | J | T | Buy | 10/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -CARNIVAL CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 69. -CATERPILLAR INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 70. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | Buy | 11/16/12 | K | | |
| 71. -CELANESE CORP SERIES a | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 72. -CENTERPOINT ENERGY INC | A | Dividend | J | T | Buy | 10/02/12 | J | | |
| 73. -CHEVRON CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 74. -COCA COLACO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 75. -COMCAST CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 76. -COSTCO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 77. -WALT DISNEY | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 78. -DOVER CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 79. -EMC CORP MASS | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 80. -EXPRESS SCRIPTS HOLDINGS INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 81. -EXXON MOBILCORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 82. -FAMILY DR STORES | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 83. -FREEPORT MCMORAN COOPER AND GOLD | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 84. -GENERAL ELECTRIC CO | A | Dividend | J | T | Buy | 07/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -GILEAD SCIENCES INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 86. -HALLIBURTON CO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 87. -HOME DEPOT INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 88. -HONEYWELL INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 89. -JP MORGAN CHASE & CO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 90. -JOHNSON CONTROLS IN | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 91. -LAS VEGAS SANDS CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 92. -LILLY ELI | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 93. -MARATHON OIL CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 94. -MEAD JOHNSON NUTR CO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 95. -METLIFE INC | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 96. -MONDELEZ INTL | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 97. -OCCIDENTAL PETROLEUM | A | Dividend | J | T | Buy | 12/17/12 | J | | |
| 98. -PNC FINANCIAL SERVICES | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 99. -PEPSICO INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 100. -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | Buy | 07/09/12 | K | | |
| 101. -PFIZER INC | A | Dividend | J | T | Buy | 07/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -PHILIP MORRIS INTL | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 103. -PROCTER AND GAMBLE | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 104. -QUALCOMM INC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 105. -SALESFORCE COM | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 106. -SCHLUMBERGER LTD | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 107. -SEMPRA ENERGY | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 108. -SHIRE PLC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 109. -SOUTHWESTERN ENERGY CO | A | Dividend | J | T | Buy | 10/02/12 | J | | |
| 110. -STATE ST CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 111. -TERADATA CORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 112. -TEVA PHARMA | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 113. -THE TRAVELERS COMPANIES | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 114. -US BANCORP | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 115. -IBM | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 116. -UNION PAC | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 117. -UNITED TECHNOLOGIES | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 118. -VALERO ENERGY | A | Dividend | J | T | Buy | 07/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -VERIZON COMM | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 120. -VERIZON COMM INCL 3.55 11/21 | A | Interest | K | T | Buy | 11/16/12 | K | | |
| 121. -WATSON PHARM | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 122. -WELLS FARGO AND CO | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 123. -YAHOO | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 124. -YUMI BRANDS | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 125. 401(k) #1 | | | | | | | | | |
| 126. -PERAdvantage Income Fund | B | Dividend | K | T | Buy (add'l) | 10/31/12 | K | | |
| 127. -PERAdvantage Fixed Income | B | Dividend | K | T | Buy (add'l) | 10/31/12 | K | | |
| 128. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | Buy (add'l) | 10/31/12 | J | | |
| 129. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | Buy (add'l) | 10/12/12 | J | | |
| 130. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 131. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 132. -EXXON MOBIL | C | Dividend | L | T | Sold (part) | 03/09/12 | J | D | |
| 133. -AIR PRDTS AND CHEMICALS INC | A | Dividend | K | T | | | | | |
| 134. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 135. -UNION PAC CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 137. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 138. -JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 139. -STARBUCKS CORP | B | Dividend | M | T | | | | | |
| 140. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 141. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 142. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 143. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 144. -PFIZER INC | A | Dividend | J | T | | | | | |
| 145. -AON CORP | A | Dividend | J | T | | | | | |
| 146. -BB AND T CORP | A | Dividend | J | T | | | | | |
| 147. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 148. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 149. -STATE STREET CORP | A | Dividend | J | T | | | | | |
| 150. -US BANCORP | A | Dividend | J | T | | | | | |
| 151. -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 152. -ACCENTURE PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -APPLE INC | | None | K | T | | | | | |
| 154. -GOOGLE INC | | None | | | Sold | 03/28/12 | J | C | |
| 155. -INTEL CORP | A | Dividend | | | Sold | 12/13/12 | J | C | |
| 156. -FLORHAM PARK NJ 8% 2/16 | B | Dividend | L | T | | | | | |
| 157. -SALESFORCE.COM INC | | None | J | T | | | | | |
| 158. -SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 159. -WATSON PHARMACEUTICALS INC | | Dividend | J | T | | | | | |
| 160. -ZIMMER HOLDINGS INC | A | Dividend | J | T | | | | | |
| 161. I-SHARES MSCI EAFE INDEX FD | C | Dividend | L | T | Sold (part) | 06/09/12 | K | C | |
| 162. -ISHARES MSCI EMERGING MARKETS FD | A | Dividend | | | Sold | 06/09/12 | K | C | |
| 163. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | L | T | | | | | |
| 164. -CASTLE PINES NORTH MET DIST CO | C | Interest | | | Sold | 12/01/12 | L | A | |
| 165. -THORNTON CO DTD | B | Interest | L | T | | | | | |
| 166. -RANGELY CO SCH DIST RE 4 | B | Interest | L | T | | | | | |
| 167. -SNOWMASS IG CO | B | Interest | L | T | | | | | |
| 168. -METROPOLITAN TRANSN AUTH NY | B | Interest | L | T | | | | | |
| 169. -METRO WASTEWTR RECLAM DSTR CO | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 171. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 172. -BNY MELLON NATL MUNI MONEY MKT FUND | | Dividend | M | T | | | | | |
| 173. -TEXAS INSTRUMENTS | A | Dividend | | | Sold | 10/04/12 | J | B | |
| 174. -QUALCOMM | A | Dividend | J | T | | | | | |
| 175. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 176. -DOVER CORP | A | Dividend | K | T | | | | | |
| 177. -IBM CORP | A | Dividend | J | T | | | | | |
| 178. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 179. -EMC CORP MASS | | Dividend | J | T | | | | | |
| 180. -BEACHWOOD OHIL 12/19 | B | Interest | L | T | | | | | |
| 181. -BAXTER INTL INC | A | Dividend | | | Sold | 10/10/12 | J | B | |
| 182. -VERIZON COMMUNCATIONS | A | Dividend | J | T | | | | | |
| 183. -MICROSOFT TECHNOLOGY INC | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 184. -TEVA PHARM | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 185. -BROADCOM | A | Dividend | J | T | Buy | 10/04/12 | J | | |
| 186. -AMAZON .COM INC | A | Dividend | J | T | Buy | 03/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -TERADATA CORP | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 188. -ADVANTAGE GLOBAL ALPHA FUND | A | Dividend | K | T | Buy | 07/19/12 | K | | |
| 189. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 190. -DREYFUS EMERGING MKTS DEBT LOCAL CUR FD | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 191. -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 192. IRA #2 | | | | | | | | | |
| 193. -DREYFUS PR LRG CAP EQ FD | A | Dividend | | | Sold | 07/27/12 | L | E | |
| 194. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | Buy (add'l) | 04/13/12 | J | | |
| 195. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 196. -RYDEX MANAGED FUTURES STRAT FD (X) | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 197. -AIM STIT TREASURY PORTFOLIO | A | Interest | J | T | | | | | |
| 198. -BNY MELLON SMALL MID CAP FUND | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 199. -DREYFUL DIVERSIFIED INTERNATTIONAL FUND | A | Dividend | K | T | Buy (add'l) | 08/12/12 | K | | |
| 200. -DREYFUS EMERGING MKTS DEBT FUND | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 201. -TCWEMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 202. -DREYFUS BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | Buy | 07/09/12 | L | | |
| 203. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | Buy | 07/09/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. -HIGHBRIDGE DYNAMIC COMMODITIES STRATEGY FUND | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 205. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 206. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 207. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 208. -AMERICAN STRATEGIC INCOME PORTFOLIO | A | Dividend | K | T | | | | | |
| 209. -CIT GROUP INC NEW | A | None | J | T | | | | | |
| 210. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 211. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 212. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 213. -PLUM CREEK TIIMBER CO INC | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 214. -QWEST CORP PREFERRED 7/5% 9/15/16 | A | Interest | J | T | Buy | 03/09/12 | J | | |
| 215. -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 216. -CIT GROUP INC NEW 5/14 | A | Dividend | | | Redeemed | 01/23/12 | J | | |
| 217. -CIT GROUP INC NEW 5/15 | A | Dividend | | | Redeemed | 01/23/12 | J | | |
| 218. -CIT GROUP INC NEW 5/16 | A | Dividend | | | Redeemed | 03/09/12 | J | | |
| 219. -CIT GROUP INC NEW 5/17 | A | Dividend | | | Redeemed | 03/09/12 | J | | |
| 220. -GENERAL ELEC CAPITAL CORP MID TERM NOTE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.  -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 222.  TRUST #1 | | | | | | | | | |
| 223.  -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 224.  -SPDR DOW JONES INDUSTRIAL AVER TRUST | A | Dividend | K | T | | | | | |
| 225.  -ISHARES MSCI EAFE INDEX FD | A | Dividend | | | Sold | 06/12/12 | J | B | |
| 226.  -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | | | Sold | 6/12/12 | J | A | |
| 227.  -VANGUARD EXTENDED MKT VIPERS INDX FD | A | Dividend | K | T | | | | | |
| 228.  VANGUARD EMERGING MKTS FUND | A | Distribution | J | T | Buy | 06/09/12 | J | | |
| 229.  -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |
| 230.  -BNY MELLON NATL MUNI MONEY MKT FD | A | Dividend | J | T | | | | | |
| 231.  -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | Buy (add'l) | 06/09/12 | J | | |
| 232.  -DREYFUS HIGH YIELD FD | A | Dividend | J | T | Buy | 06/09/12 | J | | |
| 233.  -DREYFUS EMERGING MKT DEBT LOCAL FD | A | Dividend | J | T | Buy | 06/09/12 | J | | |
| 234.  TCW EMERGING MKTS INCOME FD | A | Distribution | J | T | Buy | 06/11/12 | J | | |
| 235.  TRUST #2 | | | | | | | | | |
| 236.  -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | | | | | |
| 237.  -SPDR DOW JONES INDUSTRIAL AV TRUST | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | Sold (part) | 07/20/12 | J | | |
| 239. -ISGARES MSCI EMERGING MKTS INDX FD | A | Dividend | | | Sold | 07/12/12 | J | A | |
| 240. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |
| 241. -COLO ST BD GOVERNORS UNIV ENT | B | Interest | | | Sold | 08/04/12 | L | A | |
| 242. -BNY MELLON INT MUN BD FD | C | Dividend | M | T | Buy (add'l) | 06/09/12 | J | | |
| 243. -US TREASURY NOTE 7/12 | A | Interest | | | Sold | 07/15/12 | K | A | |
| 244. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | Buy (add'l) | 08/06/13 | K | | |
| 245. -TCWEMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 06/09/13 | J | | |
| 246. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | Buy | 06/09/13 | J | | |
| 247. -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | K | T | Buy | 06/09/13 | J | | |
| 248. -VANGUARD EMERGING MKTS FUND | A | Distribution | J | T | Buy | 06/09/13 | J | | |
| 249. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | K | T | Buy (add'l) | 08/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544